Herbert D. MORRISON, Appellant,

v.

Henry H. ROACH, Appellee.

No. 2476.

Municipal Court of Appeals for the District of Columbia.

Argued Oct. 26, 1959.

Decided Dec. 3, 1959.

Herbert D. Morrison, appellant, pro se.

J. Roy Thompson, Jr., Washington, D. C., with whom Bernard J. Gallagher and Thomas H. McGrail, Washington, D. C., were on the brief, for appellee.

Before ROVER, Chief Judge, and HOOD and QUINN, Associate Judges.

PER CURIAM.

This case arose out of a collision between two automobiles at a street intersection. From a jury verdict in favor of appellee, appellant appeals. His sole contention is that the trial judge erred in refusing to instruct the jury on the doctrine of last clear chance.

It would serve no useful purpose to set forth the evidence with regard to negligence and contributory negligence. We have examined the record and conclude that the trial judge had no alternative on the evidence presented but to deny the requested instruction.

Affirmed.